# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| **KEITH E. BARNWELL, et al.,** ) | |
| ) | |
| On Behalf of Themselves and ) | |
| All Others Similarly Situated, ) | Case no.: 08-CV-2151-JWL/DJW |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **CORRECTIONS CORPORATION** ) | Judge John W. Lungstrum |
| **OF AMERICA** ) | Magistrate Judge David J. Waxse |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO APPROVE MODIFICATION TO SETTLEMENT AGREEMENT

**COME NOW** the parties, by and through their respective counsel of record, and hereby move this Court for an order approving the terms and conditions of the Modification to Settlement Agreement reached in the above-referenced matter. The purpose of the Modification to Settlement Agreement is to allow individuals who were employed by Defendant in the positions of Detention Officer, SR Detention Officer, Detention Officer P/T, and Detention Counselor (which were not included in the definition of "covered positions" in the original settlement agreement), to participate in the settlement for the same "per week" amount to be paid to individuals who qualified as "Final Settlement Class Members" pursuant to the original settlement agreement. In support of this Motion, the parties have filed a *Memorandum in Support of the Joint Motion to Approve Modification to Settlement Agreement.*

**WHEREFORE**, the Parties hereby request that this Court grant this Motion and enter the proposed Order approving the Modification to Settlement Agreement.

Respectfully submitted:

*/s/ Brendan J. Donelon*
Brendan J. Donelon, KS #17420
**The Law Office of Donelon, P.C.**
802 Broadway, 7th Floor
Kansas City, Missouri 64105
Tel:    (816) 221-7100
Fax:   (816) 472-6805
brendan@donelonpc.com

*/s/ Jason Brown*
Jason Brown, KS #70700
**Brown & Associates, LLC**
7505 N.W. Tiffany Springs Pkwy., Ste. 130
Kansas City, MO 64153
Tel: 816-505-4529
Fax: 816-379-4040
kclawyerbrown@yahoo.com

*/s/ Daniel W. Craig*
Daniel W. Craig, KS.Fed. #78146
*Of counsel*
**The Law Office of Donelon, P.C.**
1125 Grand Blvd., Ste. 900
Kansas City, MO 64106
Tel: 816-221-7772
Fax: 816-283-3823
DCraig@DanCraigPC.com

**ATTORNEYS FOR PLAINTIFFS**

-and-

*/s/ Robert W. Pritchard*
Robert W. Pritchard
**Littler Mendelson, P.C.**
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
412.201.7628 (phone)
412.774.1957 (fax)

*/s/ Erin A. Webber*
Erin A. Webber , KS #70548
**Littler Mendelson, P.C.**
2300 Main Street, Ste. 900
Kansas City, Missouri 64108

Lisa A Schreter
Angelo Spinola
**Littler Mendelson, P.C.**
3348 Peachtree Road, N.E., Ste. 1100
Atlanta, Georgia 30326

**ATTORNEYS FOR DEFENDANT**

Firmwide:92540364.2 057737.1002